IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-225-JLK**

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.

1.  **NICOLAS MARTINEZ-AQUINO,**

   Defendant.

# MINUTE ORDER
# SETTING TRIAL DATE AND OTHER DEADLINES

Judge John L. Kane **ORDERS**

 All pretrial motions in this matter are due on or before **June 17, 2008;** responses to these motions are due **June 27, 2008**. It is

 FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and **Final Trial Preparation Conference** is set for **July 24, 2008, at 11:00 a.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested. It is

 FURTHER ORDERED that a **2-day jury trial** is set for **July 28, 2008 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: May 29, 2008